UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09
```

------------------------------------------------x
:
:
In re SENTIMENTAL EXCLUSIVE         :        06 Civ. 0083 (TPG)
DESIGNS, INC.                       :
:           **ORDER**
:
------------------------------------------------x

  This appeal from a decision of the U.S. Bankruptcy Court for the Southern District of New York was filed on January 5, 2006. Notice of the docketing of the appeal was mailed to counsel on January 12, 2006. Since that time, no further activity has occurred in this case. In particular, no briefs have been filed as required by Federal Rule of Bankruptcy Procedure 8009. Furthermore, pursuant to the March 28, 2006 order of the Bankruptcy Court dismissing the bankruptcy case, appellant was required to withdraw the instant appeal. Under these circumstances, dismissal of the appeal is appropriate. See In re Best PayPhones, Inc., No. 08-4046, 2009 WL 1422560 (2d Cir. May 21, 2009).

  The case is therefore dismissed.

  SO ORDERED.

Dated: New York, New York
   August 4, 2009

             *Thomas P. Griesa*
             Thomas P. Griesa
             U.S.D.J.